OPINION — AG — **** COUNTY CLERK — FILING FEES — U.S. GOVERNMENT **** THE COUNTY CLERK IS REQUIRED TO COLLECT FILING FEES ON ALL INSTRUMENTS PRESENTED FOR FILING OR RECORDING BY AN INSTRUMENTALITY OF THE UNITED STATES GOVERNMENT UNLESS THERE IS A SPECIFIC EXEMPTION FOR THAT PARTICULAR INSTRUMENT. CITE: 18 O.S. 1961 421-436 [18-421] — [18-436] 18 O.S. 1961 437-437.30 [18-437] — [18-437.30] DUANE LOBAUGH